**GRUEN & GOLDSTEIN**
1150 West Chestnut Street
Union, New Jersey 07083
(908) 687-2030 Telephone
(908) 687-5391 Facsimile
fgruen@gruengoldstein.com
*Attorneys for defendant Omni Asset Management, LLC*

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| UNITED STATES OF AMERICA *ex rel.* CECILE PORTILLA and THE STATE OF NEW JERSEY *ex rel.* CECILE PORTILLA,<br><br>Plaintiffs,<br><br>-against-<br><br>RIVERVIEW POST ACUTE CARE CENTER, GREAT FALLS OPERATIONS LLC and OMNI ASSET MANAGEMENT LLC,<br><br>Defendants. | Civ. No. 12-1842 (KSH) (CLW)<br><br>**RULE 7.1 STATEMENT** |

Pursuant to Federal Rule of Civil Procedure 7.1, and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for defendant Omni Asset Management LLC, which are private, non-governmental, parties, furnish the following certificate of corporate interest:

Omni Asset Management LLC has no parents or subsidiaries, and no publicly traded company has a ten percent or more ownership interest in it.

1

Dated: May 13, 2013

**GRUEN & GOLDSTEIN**
*Attorneys for defendant Omni Asset Management LLC*

_____
Fred R. Gruen, Esq.